NUMBER 13-06-618-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG







IN RE: ARMANDO RAMOS





 On appeal from the 103rd District Court 


of Cameron County, Texas.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Hinojosa and Castillo


Memorandum Opinion Per Curiam (1)


 Relator, Armando Ramos, filed a petition for writ of mandamus in the above
cause on November 1, 2006. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.


 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this 6th day of December, 2006.

 
1. See Tex. R. App. P.47.1.